UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

FILE NO.:2:10-CR-25-BO-1

**UNITED STATES OF AMERICA,**

v.                                                          **AMENDED ORDER**

**DEVON DAVID LEE,**
   **Defendant.**


This matter having come before the Court upon Defendant's motion to continue the sentencing hearing, and for good cause shown, Defendant's Motion to Continue is hereby GRANTED and this matter is continued to the May 2011 term of court..

SO ORDERED, this 29th day of March, 2011.

   _____
   TERRENCE W. BOYLE
   UNITED STATES DISTRICT JUDGE